UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIKE MADDOX, Derivatively on Behalf of SOLAREDGE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZVI LANDO, RONEN FAIER, NADAV ZAFRIR, BETSY ATKINS, MARCEL GANI, DANA GROSS, DIRK HOKE, AVERY MORE, and TAL PAYNE, <br><br> Defendants, <br><br> and, <br><br> SOLAREDGE TECHNOLOGIES, INC., <br><br> Nominal Defendant. | Case No:   25-mc-210 |

**ORDER GRANTING PLAINTIFF'S
MOTION TO FILE COMPLAINT UNDER SEAL**

Plaintiff Mike Maddox ("Plaintiff"), having filed his Motion to File Complaint Under Seal (the "Motion") which seeks to permit Plaintiff to file an unredacted version of his Verified Shareholder Derivative Complaint (the "Complaint") under seal and to permit Plaintiff to publicly file a redacted version of the Complaint, and the Court having reviewed the motion and exhibits thereto and having found sufficient cause under Fed. R. Civ. P. 5.2(d) to order this case to be filed under seal, it is hereby

**ORDERED** Plaintiff's Motion to File Complaint Under Seal is GRANTED. Plaintiff's unredacted Complaint shall be sealed and the parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14.

**FURTHER ORDERED** that after filing the unredacted Complaint under seal, Plaintiff

shall file the redacted version of the Complaint, substantially in the form attached to the Motion as Exhibit A, on the public docket.

**SO ORDERED.**

Dated:   May 19, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　Part I

2